# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kennecott Utah Copper LLC, U.S. Borax Inc., and Rio Tinto Energy America Inc., <br><br> *Plaintiffs,* <br><br> v. <br><br> BNSF Railway Company, CSX Transportation, Inc., Norfolk Southern Railway Company, and Union Pacific Railroad Company, <br><br> *Defendants.* | Case No. |

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for Kennecott Utah Copper LLC, U.S. Borax Inc. and Rio Tinto Energy America Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Kennecott Utah Copper LLC, U.S. Borax Inc. and Rio Tinto Energy America Inc., which have any outstanding securities in the hands of the public:

U.S. Borax Inc., Kennecott Utah Copper LLC and Rio Tinto Energy America Inc. are wholly owned indirect subsidiaries of Rio Tinto plc. Rio Tinto plc is a publicly held corporation. Shining Prospect Pte. Ltd, a subsidiary of Aluminum Corporation of China, owns more than 10% of Rio Tinto plc's stock.

These representations are made in order that judges of this court may determine the need for recusal.

*[Remainder of page intentionally left blank.]*

Dated: July 9, 2021    By:   QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Courtney Kasuboski*
Courtney Kasuboski
Bar Number: 1643528
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (212) 538-8100
Email: courtneykasuboski@quinnemanuel.com

Stephen R. Neuwirth
Sami H. Rashid
David B. Adler
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com
       samirashid@quinnemanuel.com
       davidadler@quinnemanuel.com

Viola Trebicka
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: violatrebicka@quinnemanuel.com

*Counsel for Kennecott Utah Copper LLC, U.S. Borax Inc., and Rio Tinto Energy America Inc.*